# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW CORZINE,
                Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND GREG COX, DIRECTOR FOR
NDOC,
                Respondents.

No. 68993

FILED

JAN 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on October 14, 2015. Accordingly, appellant was required to file the docketing statement by November 3, 2015. *See* NRAP 14(b). On November 25, 2015, this court issued a reminder notice directing appellant to file the docketing statement within 10 days. We further cautioned appellant that failure to file a docketing statement could result in the imposition of sanctions, including dismissal of this appeal. *See* NRAP 14(c). To date appellant has failed to file the docketing statement; accordingly we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. James Todd Russell, District Judge
Matthew Corzine
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A